Rakoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JULIET E. ORGILL, individually and on behalf of all
others similarly situated and on behalf of the general
public

                            Plaintiff,

                  – against –

INGERSOLL-RAND COMPANY; TRANE, INC.; and
DOES 1 through 50, inclusive,
                         Defendants.
----------------------------------------X

Case No. 09-CV-9691 (JSR)

**STIPULATION AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties that Defendants, Ingersoll-Rand Company and Trane, Inc.'s time in which to answer, move, or otherwise respond with respect to the Complaint in this action is hereby extended up to and including January 15, 2010. This Stipulation may be executed in counterparts and a facsimile or e-mail copy of this Stipulation and its signatures shall be sufficient to bind the parties thereto.

Dated: New York, New York
       December 14, 2009

THE OTTINGER FIRM, PC

By: _____
    Christopher Q. Davis

19 Fulton Street, Suite 408
New York, NY 10038
(212) 571-2000
*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Carmine A. Iannaccone

250 Park Avenue
New York, NY 10177-0077
(212) 351-4500
*Attorneys for Defendants Ingersoll-Rand Company and Trane, Inc.*

SO ORDERED:
_____
              U.S.D.J.

12-15-09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-09