UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIET E. ORGILL, Individually and On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY; TRANE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 09 Civ 9691(JSR)<br><br>ECF Case |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Juliet E. Orgill, and her counsel, The Ottinger Firm, P.C., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s).

Date: December 22, 2009

The Ottinger Firm, P.C.

/s/ Robert W. Ottinger_____

Robert W. Ottinger (RS- 8879)
Christopher Q. Davis (CD-7282)
The Ottinger Firm, P.C.
19 Fulton Street, Suite 408
New York, New York 10038
Telephone: (212) 571-2000

Attorneys for Plaintiff Juliet Orgill and the Proposed Class